**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7417**

———————

GERALD RAYMOND SCOTT,

                                    Petitioner - Appellant,

        versus

LOWER SECURITY CORRECTIONAL INSTITUTION; FED-
ERAL BUREAU OF PRISONS; UNITED STATES OF
AMERICA,

                                    Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-98-622-5-HC-BO, CR-93-101)

———————

Submitted:  December 22, 1998      Decided:  January 12, 1999

———————

Before WILLIAMS and MOTZ, Circuit Judges, and HALL, Senior Circuit
Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Gerald Raymond Scott, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gerald Raymond Scott appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Scott v. Lower Sec. Correctional Inst.</u>, Nos. CA-98-622-5-HC-BO; CR-93-101 (E.D.N.C. Sept. 15, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2